STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: westcliff3@gmail.com

Counsel for Defendant
EDMUNDO RAMIREZ-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00158-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; [] ORDER |
| vs. ) | |
| ) | |
| EDMUNDO RAMIREZ-FLORES, ) | |
| ) | |
| Defendant. ) | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant EDMUNDO RAMIREZ-FLORES ("Mr. Ramirez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from April 18 to May 9, 2013, at 1:30 p.m.

1. Mr. Ramirez has been charged in a single count Information, which was filed on March 11, 2013, with a violation of 8 U.S.C. § 1326.

2. A status conference before this Honorable Court is scheduled for April 18, 2013, at 9:00 a.m.

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CASE NO.  CR 13-00158-DLJ                         1

1    3. Counsel and Mr. Ramirez need additional time to review the discovery provided by
2 the government.  Also, there is an issue that the parties need to investigate and discuss, which
3 could significantly affect the disposition of Mr. Ramirez' case.

4    4. Mr. Ramirez respectfully requests that the status hearing be continued as requested,
5 and agrees to the exclusion of time from April 18 to May 9, 2013, pursuant to 18 U.S.C. § 3161
6 (h)(7)(A).

7    5. Accordingly, the parties request that the status hearing be continued to May 9, 2013,
8 at 9:00 a.m.

9    IT IS SO STIPULATED.

10                    Respectfully submitted,

11                    STEVEN G. KALAR
                      Federal Public Defender
12

13
                     /S/ _____
14 Dated: April 11, 2013    ROBERT M. CARLIN
                            Assistant Federal Public Defender
15

16                    UNITED STATES ATTORNEY

17

18 Dated: April 11, 2013    /S/_____
                            MEREDITH EDWARDS
19                          Special Assistant United States Attorney

20

21

22

23

24

25

26
STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CASE NO.  CR 13-00158-DLJ          2

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: westcliff3@gmail.com
5
   Counsel for Defendant
6  EDMUNDO RAMIREZ-FLORES

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12                                         )
    UNITED STATES OF AMERICA,              )   No. CR 13-00158-DLJ
13                                         )
                   Plaintiff,              )   [] ORDER ON STIPULATION
14                                         )   TO CONTINUE STATUS CONFERENCE
    vs.                                    )
15                                         )
    EDMUNDO RAMIREZ-FLORES,                )
16                                         )
                   Defendant.              )
17  _____

18                          **[PROPOSED] ORDER**

19      1. Mr. Ramirez has been charged in a single count Information, which was filed on

20  March 11, 2013, with a violation of 8 U.S.C. § 1326.

21      2. A status conference before this Honorable Court is scheduled for April 18, 2013, at

22  9:00 a.m.

23      3. Counsel and Mr. Ramirez need additional time to review the discovery provided by

24  the government.  Also, there is an issue that the parties need to investigate and discuss, which

25  could significantly affect the disposition of Mr. Ramirez' case.

26  ///

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CASE NO.  CR 13-00158-DLJ              3

1    4. There is good cause for the requested continuance, and the "ends of justice" served by
2 taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from April 18 to May 9, 2013, is excluded
4 pursuant to section § 3161 (h)(7)(A).

5    5. The status hearing in this matter shall be continued to May 9, 2013, at 9:00 a.m.

   IT IS SO ORDERED.

   Dated: _____     _____
                                 HON. D. LOWELL JENSEN
                                 United States Magistrate Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CASE NO. CR 13-00158-DLJ                 4